# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141503

GENESEE COUNTY TREASURER,
      Petitioner-Appellee,

v

                                  SC: 141503
                                  COA: 296812
ERIC H. HOLMAN,
                                  Genesee CC: 09-091339-CZ
      Respondent-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 16, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010                         _____

d1018                                       Clerk